
ATTORNEYS AT LAW
63 WASHINGTON STREET
POST OFFICE BOX 509
POUGHKEEPSIE, NY 12602-0509
TELEPHONE: (845) 486-6800
FAX: (845) 486-7621

BRANCH OFFICE:
112 ROUTE 44 EAST
PO BOX 481
MILLERTON, NY 12546
TELEPHONE: (518) 789-3636
FAX: (518) 789-6654

Respond to Millerton Office: ☐

www.mccm.com

J. JOSEPH McGOWAN
DAVID L. POSNER
ELLEN L. BAKER
SCOTT D. BERGIN
RICHARD R. DUVALL
LANCE PORTMAN
RICHARD J. OLSON
MATTHEW V. MIRABILE
CHRISTINA M. BOOKLESS
KIMBERLY HUNT LEE
KAREN FOLSTER LESPERANCE
REBECCA M. BLAHUT
JODIE M. HANRAHAN
MICHELLE ALMEIDA
IAN C. LINDARS
SEAN M. KEMP
NOELLE M. PECORA

PHILLIP SHATZ
MICHAEL A. HAYES, JR.
HAROLD L. MANGOLD
ALBERT M. ROSENBLATT
JESSICA L. VINALL
ROBERT C. TROTTA
WALTER W. DAVIS

JOHN E. MACK (1874-1958)
JOSEPH A. McCABE (1890-1973)
EDWARD J. MACK (1910-1998)
JOSEPH C. McCABE (1925-1981)

DIRECT TELEPHONE: (845) 486-6874
E-MAIL: dposner@mccm.com

[Stamp: RECEIVED JUL 31 2008, CHAMBERS OF JUDGE SIDNEY H. STEIN, U.S.D.J.]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ____ DATE FILED: 8/7/08]

July 29, 2008

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

[Stamp: RECEIVED AUG -1 2008, MICHAEL H. DOLINGER, UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.]

RE:   Johnson v. City of Poughkeepsie
      08 CIV 4365 (SHS)
      Our File No. 8915-0045

Dear Judge Stein:

This office represents defendants and I am writing pursuant to Rules 21 and 22 of the Division of Business Among District Judges.

This matter involves allegations of excessive force on February 13, 2008 in the City of Poughkeepsie. Defendants reside in Dutchess County and the incident took place in it. Dutchess is a "northern county" pursuant to Rule 21 and therefore transfer to White Plains under Rule 22 is appropriate.

If Your Honor would prefer a formal motion for reassignment, please advise and it will be promptly filed.

Respectfully yours,

McCABE & MACK LLP

*/s/ David L. Posner*

DAVID L. POSNER

DLP/dmf
cc:   Robert E. Johnson, *Pro Se*

---

ENDORSED ORDER

This case is not eligible for transfer to White Plains. See Rule 25 of the Rules for Division of Business Among District Judges.

*/s/*
8/7/08