UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
 :
ROBERT E. JOHNSON,
 :
           Plaintiff,                    **ORDER**
 :
    -against-                    08 Civ. 4365 (SHS)(MHD)
 :
DETECTIVE SKIP MANAIN et al.,
 :
          Defendants.
 :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

      It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **FRIDAY, SEPTEMBER 5, 2008 at 10:00 AM,** at which time you are directed to call chambers at (212) 805-0204. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        August 20, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        **UNITED STATES MAGISTRATE JUDGE**

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED:]

Copies of the foregoing Order have been sent this date to:

Mr. Robert E. Johnson
Dutchess County Jail
150 North Hamilton Street
Poughkeepsie, NY 12602

David Lewis Posner, Esq.
McCabe & Mack LLP
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602